# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**PROTOSTAR LTD,** *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12659 (MFW)<br><br>Jointly Administered<br><br>**Objection Deadline: September 29, 2009 at 4:00 p.m.**<br>**Hearing Date: October 26, 2009 at 3:00 p.m.** |

## APPLICATION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103 AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER PC AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO AUGUST 10, 2009

The Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy cases of the above-captioned debtors and debtors-in-possession (the "Debtors") submits this application (the "Application") for an Order pursuant to 11 U.S.C. §§ 328(a) and 1103, and Federal Rule of Bankruptcy Procedure 2014(a) authorizing and approving the employment and retention of Lowenstein Sandler PC ("Lowenstein Sandler") as co-counsel for the Committee, effective as of August 10, 2009. In support of the Application, the Committee respectfully represents:

## BACKGROUND

1. On July 29, 2009 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to 11 U.S.C. §§ 1107(a) and 1108, the Debtors continue to operate their businesses and manage their properties as debtors in possession.

2. No trustee or examiner has been appointed in the Debtors' bankruptcy cases.

---

[1] The Debtors in these cases are: ProtoStar Ltd., ProtoStar I Ltd., ProtoStar II Ltd., ProtoStar Satellite Systems, Inc., ProtoStar Development Ltd., and ProtoStar Asia Pte. Ltd.

3. On August 10, 2009, the Office of the United States Trustee appointed the Committee pursuant to § 1102 of the Bankruptcy Code. On August 10, 2009, the Committee selected Lowenstein Sandler to serve as its counsel and Greenberg Traurig LLP as its Delaware counsel.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are §§ 328(a) and 1103 of the Bankruptcy Code and Fed. R. Bankr. P. 2014.

## RELIEF REQUESTED

6. By this Application, the Committee seeks entry of an Order authorizing and approving the employment of Lowenstein Sandler as its counsel to perform services relating to the Debtors' bankruptcy cases, effective as of August 10, 2009.

7. Section 328(a) of the Bankruptcy Code empowers a committee appointed under § 1102 of the Bankruptcy Code, with the Court's approval, to employ attorneys under § 1103 of the Bankruptcy Code on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis or on a contingent fee basis, to perform services for such committee.

8. Pursuant to § 1103(b) of the Bankruptcy Code, an attorney employed to represent a committee may not, while employed by such committee, represent any other entity having an adverse interest in connection with the case. Lowenstein Sandler has advised the Committee that Lowenstein Sandler does not hold or represent any other entity having an adverse interest in connection with the Debtors' bankruptcy cases and does not have any connections with the United States Trustee or any person employed by the Office of the United States Trustee. Submitted herewith is the Certification of Jeffrey D. Prol, Esq. which sets forth Lowenstein Sandler's connections with the Debtors, their creditors, and other parties-in-interest (the "Certification").

DEL 86,282,419v1

9. The Committee has selected Lowenstein Sandler because of its attorneys' experience and knowledge. The Committee believes that Lowenstein Sandler is well-qualified to represent the Committee in the Debtors' bankruptcy cases.

10. The professional services that Lowenstein Sandler will provide to the Committee include, but are not limited to:

(a) providing legal advice as necessary with respect to the Committee's powers and duties as an official committee appointed under Section 1102 of the Bankruptcy Code;

(b) assisting the Committee in investigating the acts, conduct, assets, liabilities, and financial condition of the Debtors, the operation of the Debtors' businesses, potential claims, and any other matters relevant to the cases, to the sale of assets or to the formulation of a plan of reorganization (a "Plan");

(c) participating in the formulation of a Plan;

(d) providing legal advice as necessary with respect to any disclosure statement and Plan filed in these cases and with respect to the process for approving or disapproving disclosure statements and confirming or denying confirmation of a Plan;

(e) preparing on behalf of the Committee, as necessary, applications, motions, complaints, answers, orders, agreements and other legal papers;

(f) appearing in Court to present necessary motions, applications, and pleadings, and otherwise protecting the interests of those represented by the Committee;

(g) assisting the Committee in requesting the appointment of a trustee or examiner, should such action be necessary; and

(h) performing such other legal services as may be required and that are in the best interests of the Committee and creditors.

11. Subject to the Court's approval and pursuant to §§ 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the rules and other procedures which this Court may fix, the Committee requests that Lowenstein Sandler be compensated on an hourly

DEL 86,282,419v1

basis, plus reimbursement of the actual and necessary expenses that Lowenstein Sandler incurs in accordance with the ordinary and customary rates which are in effect on the date the services are rendered.

12. Lowenstein Sandler's hourly rates are as follows:

| Classification/Experience | Hourly Rate |
| --- | --- |
| Members (principals) of the Firm | $410.00 - $765.00 |
| Senior Counsel (generally 10 or more years experience) | $360.00 - $550.00 |
| Counsel | $320.00 - $520.00 |
| Associates (generally less than 6 years experience) | $220.00 - $380.00 |
| Paralegals and Assistants | $120.00 - $215.00 |

13. The charges set forth in paragraph 12 hereof are based upon actual time charges on an hourly basis and based upon the experience and expertise of the attorney or legal assistant involved. The hourly rates set forth in paragraph 12 hereof are subject to periodic adjustments to reflect economic and other conditions.

14. The Committee understands that any compensation and expenses paid to Lowenstein Sandler must be approved by this Court upon application consistent with the Bankruptcy Code, applicable Federal Rules of Bankruptcy Procedure, and any Orders of this Court respecting compensation of professionals.

15. To the best of the Committee's knowledge and subject to the Certification submitted herewith, Lowenstein Sandler represents no other entity in connection with these cases, is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code, and does not hold or represent any interest adverse to the Committee with respect to the matters upon which it is to be employed except as set forth in the Certification submitted herewith.

## NOTICE

17. The Committee has provided notice of this Application to (a) Office of the United States Trustee, (b) counsel for the Debtors, (c) counsel for the Debtors' pre-petition and post-petition secured lenders, and (d) all parties who have filed and served requests for notice pursuant to Federal Rule of Bankruptcy Procedure 2002. The Committee submits that no other or further notice is necessary or required.

18. No previous application for relief sought herein has been made to this or any other Court.

**WHEREFORE**, the Committee respectfully requests that this Court enter an Order, substantially in the form submitted herewith, authorizing the Committee to retain and employ Lowenstein Sandler PC as co-counsel to the Committee, effective as of August 10, 2009, and grant such other and further relief as the Court deems just or proper.

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PROTOSTAR LTD., ET AL.**

By: /s/ Anne K. Lawrence
Anne K. Lawrence
ILS International Launch Services, Inc.
Co-Chairperson of the Committee

By: /s/ R. Miller Adams
R. Miller Adams
Integral Systems, Inc.
Co-Chairperson of the Committee

Dated: September 9, 2009