# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**PROTOSTAR LTD,** *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12659 (MFW)<br><br>Jointly Administered<br>Ref. Docket No. 223 r 298 |

## ORDER AUTHORIZING THE RETENTION OF LOWENSTEIN SANDLER PC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon consideration of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors") to retain Lowenstein Sandler PC ("Lowenstein Sandler") to serve as counsel for the Committee; and upon consideration of the certification of counsel in support of the Application; and the Court being satisfied that Lowenstein Sandler represents no adverse interest in the matters with respect to which it is to be employed; and notice of the Application being sufficient; and good cause appearing therefor;

It is on this 13 day of October, 2009; **ORDERED** as follows:

1. Pursuant to 11 U.S.C. §§ 328(a) and 1103, the Committee is authorized to employ and to retain Lowenstein Sandler, effective as of August 10, 2009, to serve as its counsel in the above-captioned cases.

2. Lowenstein Sandler shall be compensated in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, the applicable Federal Rules of Bankruptcy Procedure, the Rules of this Court, and any Order entered by this Court in respect of

---

[1] The Debtors in these cases are: ProtoStar Ltd., ProtoStar I Ltd., ProtoStar II Ltd., ProtoStar Satellite Systems, Inc., ProtoStar Development Ltd., and ProtoStar Asia Pte. Ltd.

23383/2
10/07/2009 12475121.2
DEL 86,285,845v1

compensation of professionals, and such compensation shall be subject to review for reasonableness thereunder notwithstanding Lowenstein Sandler's retention pursuant to 11 U.S.C. §§ 328(a) and 1103.

                                                                                The Honorable Mary F. Walrath
                                                                                United States Bankruptcy Judge