| | |
|---|---|
| In re:<br><br>PROTOSTAR LTD., et al.,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 09-12659 (MFW)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF PROTOSTATR<br>LTD. ET AL.,<br><br>            Plaintiff,<br><br>            v.<br><br>THE BANK OF NEW YORK MELLON (AS SUCCESSOR TO THE BANK OF NEW YORK), AS TRUSTEE AND COLLATERAL AGENT, AND WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT,<br><br>            Defendant. | Adversary No. 09-52279 (MFW) |
| OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF PROTOSTATR<br>LTD. ET AL.,<br><br>            Plaintiff,<br><br>            v.<br><br>CREDIT SUISSE, SINGAPORE BRANCH, as Security Agent, CREDIT SUISSE, CAYMAN ISLANDS BRANCH, as Administrative Agent, OCTAVIAN SPECIAL MASTER FUND, LP, LIM ASIA SPECIAL SITUATIONS MASTER FUND LIMITED, ASHMORE EMERGING MARKETS CORPORATE HIGH YIELD FUND LIMITED, ASHMORE GROWING MULTI STRATEGY FUND LIMITED, ASHMORE EMERGING MARKETS DEBT FUND, ASHMORE SICAV IN RESPECT OF ASHMORE SICAV EMERGING MARKETS DEBT FUND, STICHTING BEDRIJFSTAKPENSIOFONDS VOOR DE METALEKTRO, NEW ENTERPRISES ASSOCIATES 9, LIMITED PARTNERSHIP, IP (AIV III) LP, IP III (US AIV) LP, JEFFRIES GROUP, INC., | Adversary No. 09-52850 (MFW) |

---

[1] The ProtoStar entities, along with the last four digits of each of the Debtor's federal tax identification numbers, are as follows: ProtoStar Ltd. (4245); ProtoStar I Ltd. (1042); ProtoStar II Ltd. (1244), ProtoStar Satellite Systems, Inc. (2615), ProtoStar Development Ltd. (none); and ProtoStar Asia Pte. Ltd. (none). The mailing address for the Debtors' is 100 California Street, Suite 700, San Francisco, CA 94111.

| BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P., SPINNAKER GLOBAL EMERGING MARKETS FUND LTD, SPINNAKER GLOBAL OPPORTUNITY FUND LTD, SPINNAKERGLOBAL STRATEGIC FUND LTD, DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD, and ABC COMPANIES 1-10, |
|---|
| Defendants. |

**AMENDED**[2] **NOTICE OF AGENDA FOR HEARING SCHEDULED FOR FEBRUARY 2, 2010 AT 11:00 A.M. BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT STREET, FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET 5**[TH] **FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**[3]

CONTINUED MATTER:

1. Motion for Order (I) Approving Disclosure Statement, (II) Establishing Solicitation Procedures, (III) Setting Second Administrative Expense Bar Date and (IV) Scheduling Hearing and Establishing Notice and Objection Procedures With Respect to Confirmation of Joint Chapter 11 Plan of Protostar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 9/30/09) [Docket No. 285].

    Related Documents:

    A. Second Amended Chapter 11 Plan of ProtoStar I Ltd. (Filed 1/27/10) [Docket No. 612].

    B. [Blackline] Second Amended Chapter 11 Plan of ProtoStar I Ltd. (Filed 1/27/10) [Docket No. 613].

    C. Second Amended Disclosure Statement, Pursuant to 11 U.S.C. § 1125, with Respect to Second Amended Chapter 11 Plan of ProtoStar I Ltd. (Filed 1/27/10) [Docket No. 614].

    D. [Blackline] Second Amended Disclosure Statement, Pursuant to 11 U.S.C. § 1125, with Respect to Second Amended Chapter 11 Plan of ProtoStar I Ltd. (Filed 1/27/10) [Docket No. 615].

---

[2] **Amended information is reflected in bold.**

[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

E.     Notice of Filing of Copies of Second Amended Disclosure Statement and Second Amended Chapter 11 Plan (Filed 1/27/10) [Docket No. 616].

F.     Notice Of Continued Hearing With Respect To Second Amended Disclosure Statement, Pursuant To 11 U.S.C. § 1125, With Respect To Second Amended Chapter 11 Plan Of Protostar I Ltd. (Filed 1/29/10) [Docket No. 622].

Response Deadline: February 1, 2010 at 4:00 p.m.

Responses Received:

A.     Limited Objection of Phillipine Long Distance Telephone Company to Debtors' Disclosure Statement, Pursuant to 11 U.S.C. § 1125, with Respect to Joint Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession. (Filed 11/11/09) [Docket No. 395].

B.     Objection of the Official Committee of Unsecured Creditors to the Debtors' First Amended Disclosure Statement Pursuant to 11 U.S.C. § 1125, with Respect to First Amended Joint Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 11/13/09) [Docket No. 401].

Status: This matter is continued to February 18, 2010 at 9:30 a.m.

## MATTERS WITH CERTIFICATIONS OF NO OBJECTION:

2.     Omnibus Motion of Protostar for Order Pursuant to 11 U.S.C. Section 365 and Fed.R.Bankr.P. 6006 (I) Authorizing Rejection of Certain Executory Contracts and (II) Establishing Deadline for Rejection Damages Claims (Filed 1/13/10) [Docket No. 595].

Related Document:

A.     Certification of No Objection Regarding Omnibus Motion of Protostar for Order Pursuant to 11 U.S.C. Section 365 and Fed.R.Bankr.P. 6006 (I) Authorizing Rejection of Certain Executory Contracts and (II) Establishing Deadline for Rejection Damages Claims (**Filed 1/30/10**) [Docket No. **628**].

Response Deadline: January 27, 2010 at 4:00 p.m.

Responses Received: None.

**Status: The Debtors filed the Certification of No Objection, which has been submitted to chambers with the underlying motion and proposed form of order. This matter will not be going forward unless otherwise directed by the Court.**

3. Second Motion for Order Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9006, Extending Time to File Notices of Removal of Related Proceedings Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 (Filed 1/14/10) [Docket No. 598].

   Related Document:

   A. Certification of No Objection Regarding Second Motion for Order Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9006, Extending Time to File Notices of Removal of Related Proceedings Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 (**Filed 1/30/10**) [Docket No. **629**].

   Response Deadline: January 27, 2010 at 4:00 p.m.

   Responses Received: None.

   **Status: The Debtors intend to file the Certification of No Objection after 4:00 p.m. on January 29, 2010, which will be submitted to chambers with the underlying motion and proposed form of order. This matter will not be going forward unless otherwise directed by the Court.**

CONTESTED MATTERS GOING FORWARD:

4. Motion for Order, Pursuant to 11 U.S.C. §§ 363(b) and 105, Authorizing and Approving Protostar II Sale-Related Employee Incentive Plan and Payments Thereunder (Filed 12/7/09) [Docket No. 478].

   Related Documents:

   A. Notice of Motion for Order, Pursuant to 11 U.S.C. §§ 363(b) and 105, Authorizing and Approving Protostar II Sale-Related Employee Incentive Plan and Payments Thereunder (Filed 12/10/09) [Docket No. 497].

   Response Deadline: December 16, 2009 at 12:00 Noon.

   Reply Deadline: January 28, 2010.

   Responses Received:

   A. [Sealed] Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Order, Pursuant to 11 U.S.C. §§ 363(b) and 105, Authorizing and Approving Protostar II Sale-Related Employee Incentive Plan and Payments Thereunder.

4

B.  Order Granting Motion to File Under Seal Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Order Authorizing and Approving Protostar II Sale-Related Employee Incentive Plan and Payments Thereunder (Entered 12/18/09) [Docket No. 536].

Reply:

A.  [Sealed] Reply to Objection of Official Committee of Unsecured Creditors to Motion for Order, Pursuant to 11 U.S.C. Sections 363(b) and 105, Authorizing and Approving ProtoStar II Sale-Related Employee Incentive Plan and Payments Thereunder

B.  Motion to File Under Seal Reply to Objection of Official Committee of Unsecured Creditors to Motion for Order, Pursuant to 11 U.S.C. Sections 363(b) and 105, Authorizing and Approving ProtoStar II Sale-Related Employee Incentive Plan and Payments Thereunder (Filed 1/28/10) [Docket No. 618].

C.  [Proposed] Order Granting Motion to File Under Seal Reply to Objection of Official Committee of Unsecured Creditors to Motion for Order, Pursuant to 11 U.S.C. Sections 363(b) and 105, Authorizing and Approving ProtoStar II Sale-Related Employee Incentive Plan and Payments Thereunder.

Status: The Debtors have received informal comments from the United States Trustee. This matter will be going forward.

5.  First Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses of Lowenstein Sandler PC as Counsel to the Committee for the Period from August 10, 2009 through September 30, 2009 (Filed 11/19/09) [Docket No. 427].

Related Documents:

A.  Amended Notice of Hearing on First Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses of Lowenstein Sandler PC as Counsel to the Committee for the Period from August 10, 2009 through September 30, 2009 (Filed 1/11/10) [Docket No. 589].

Response Deadline: December 9, 2009 at 4:00 p.m.

Responses Received:

A.  Limited Objection of the PS II DIP Lenders to First Monthly Fee Application of Lowenstein Sandler PC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from August 10, 2009 through September 30, 2009 (Filed 12/9/09) [Docket No. 485].

5

B.  Objection of PS I Lenders to First Monthly Application of Lowenstein Sandler PC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From August 10, 2009 Through September 30, 2009 (Filed 12/9/09) [Docket No. 486].

**Status**: **This matter will is continued to a date to be determined.**

ADVERSARY MATTERS STATUS CONFERENCES GOING FORWARD :

6.  Complaint Challenging the Nature, Extent, Validity, Priority and Perfection of Certain Liens and Security Interests, and Objecting to Proof of Claim of the Bank of New York Mellon (Filed 10/22/09) [Adversary Matter 09-52279, Docket No. 1].

   **Related Documents:**

   A.  **Amended Adversary Complaint [to Add Parties] (Filed 11/12/09) [Docket No. 6].**

   B.  **Motion for Leave to File Second Amended Adversary Complaint (Filed 1/11/10) [Docket No. 11].**

   C.  **Memorandum of Law in Support of Motion for Leave to File Second Amended Adversary Complaint (Filed 1/11/10) [Docket No. 12].**

   D.  **Motion of the Bank of New York Mellon, as Indenture Trustee and Collateral Agent, to Dismiss the amended Adversary Complaint (Filed 1/13/10) [Docket No. 14].**

   E.  **Memorandum of Law of the Bank of New York Mellon, as Indenture Trustee and Collateral Agent, to Dismiss the Amended Adversary Complaint (Filed 1/13/10) [Docket No. 15].**

   F.  **The Advisors' Motion to Dismiss the Amended Adversary Complaint (filed 1/13/10) [Docket No. 16].**

   G.  **Advisors' (I) Memorandum of Law in Support of the Advisors' Motion to Dismiss the Amended Adversary Complaint and (II) Joinder in the Memorandum of Law of Defendant The Bank of New York Mellon, as Trustee and Collateral Agent, in support of Its Motion to Dismiss the amended Adversary Complaint (Filed 1/13/10) [Docket No. 17].**

   H.  **Declaration of Michael Friedman in Support of the Advisors' Motion to Dismiss the Amended Adversary Complaint (Filed 1/13/10) [Docket No. 18].**

6

I.  Motion to Dismiss the Amended Adversary Complaint and Joinder in Bank of New York Mellon's Motion to Dismiss the Amended Adversary Complaint (Filed 1/14/10) [Docket No. 20].

J.  Memorandum of Law in Support of Wells Fargo Bank, National Association's Motion to Dismiss the Amended Adversary Complaint and Joinder in Bank of New York Mellon's Motion to Dismiss the Amended Adversary Complaint (Filed 1/14/10) [Docket No. 21].

K.  Defendants' [Beach Point Capital Management, LP, Black Rock Financial Management, Inc., Farallon Partners, LLC, Octavian Advisors LP, The Bank of New York Mellon, Third Point LLC, Wells Fargo Bank, National Association, and West Face Capital Inc.] Memorandum of Law in Opposition to the Plaintiff's Motion for Order Granting Leave to File Second Amended Adversary Complaint (Filed 1/25/10) [Docket No. 23].

L.  Declaration of Benjamin L. Schneider in Support of Defendants' [Beach Point Capital Management, LP, Black Rock Financial Management, Inc., Farallon Partners, LLC, Octavian Advisors LP, The Bank of New York Mellon, Third Point LLC, Wells Fargo Bank, National Association, and West Face Capital Inc.] Memorandum of Law in Opposition to the Plaintiff's Motion for Order Granting Leave to File Second Amended Adversary Complaint (Filed 1/25/10) [Docket No. 24].

M.  Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Adversary Complaint (Filed 1/27/10) [Docket No. 26].

Response Deadline:
    February 3, 2010 (Committee's Reply in Support of its Motion for Leave to Amend)
    February 5, 2010 (Defendants Reply in Support of Their Motions to Dismiss)

Answers Received: None as of the date of this agenda.

Status: The status conference with respect to this matter will be going forward.

7.  Complaint Challenging the Nature, Extent, Validity, Priority and Perfection of Certain Liens and Security Interests (Filed 12/11/09) [Adversary Matter 09-52850, Docket No. 1].

    Related Document:

    A.  Stipulated Order for Extension of Time for Response to Adversary Complaint (Filed 1/5/10) [Adversary Matter 09-52850, Docket No. 22].

    Response Deadline: February 2, 2010.

7

Answers Received: None as of the date of this agenda.

Status: The status conference with respect to this matter will be going forward.

Dated: February 1, 2010

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
    ljones@pszjlaw.com
    joneill@pszjlaw.com
    kmakowski@pszjlaw.com

-and-

MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
Matthew S. Barr
Peter K. Newman
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
    mbarr@milbank.com
    pnewman@milbank.com

Counsel for ProtoStar Ltd., *et al.*