IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-12659 (MFW) |
| PROTOSTAR LTD., et al.,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR FEBRUARY 18, 2010 AT 9:30 A.M. BEFORE THE HONORABLE
MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT
STREET, FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET
5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**[2]

**CONTESTED MATTER GOING FORWARD:**

1. Motion for Order (I) Approving Disclosure Statement, (II) Establishing Solicitation Procedures, (III) Setting Second Administrative Expense Bar Date and (IV) Scheduling Hearing and Establishing Notice and Objection Procedures With Respect to Confirmation of Joint Chapter 11 Plan of Protostar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 9/30/09) [Docket No. 285].

    Related Documents:

    A. Second Amended Chapter 11 Plan of ProtoStar I Ltd. (Filed 1/27/10) [Docket No. 612].

    B. [Blackline] Second Amended Chapter 11 Plan of ProtoStar I Ltd. (Filed 1/27/10) [Docket No. 613].

    C. Second Amended Disclosure Statement, Pursuant to 11 U.S.C. § 1125, with Respect to Second Amended Chapter 11 Plan of ProtoStar I Ltd. (Filed 1/27/10) [Docket No. 614].

---

[1] The ProtoStar entities, along with the last four digits of each of the Debtor's federal tax identification numbers, are as follows: ProtoStar Ltd. (4245); ProtoStar I Ltd. (1042); ProtoStar II Ltd. (1244), ProtoStar Satellite Systems, Inc. (2615), ProtoStar Development Ltd. (none); and ProtoStar Asia Pte. Ltd. (none). The mailing address for the Debtors' is 100 California Street, Suite 700, San Francisco, CA 94111.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

D. [Blackline] Second Amended Disclosure Statement, Pursuant to 11 U.S.C. § 1125, with Respect to Second Amended Chapter 11 Plan of ProtoStar I Ltd. (Filed 1/27/10) [Docket No. 615].

E. Notice of Filing of Copies of Second Amended Disclosure Statement and Second Amended Chapter 11 Plan (Filed 1/27/10) [Docket No. 616].

F. Notice Of Continued Hearing With Respect To Second Amended Disclosure Statement, Pursuant To 11 U.S.C. § 1125, With Respect To Second Amended Chapter 11 Plan Of Protostar I Ltd. (Filed 1/29/10) [Docket No. 622].

Response Deadline: February 1, 2010 at 4:00 p.m.

Responses Received:

A. Limited Objection of Phillipine Long Distance Telephone Company to Debtors' Disclosure Statement, Pursuant to 11 U.S.C. § 1125, with Respect to Joint Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession. (Filed 11/11/09) [Docket No. 395].

B. Objection of the Official Committee of Unsecured Creditors to the Debtors' First Amended Disclosure Statement Pursuant to 11 U.S.C. § 1125, with Respect to First Amended Joint Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 11/13/09) [Docket No. 401].

Status: This matter is going forward.

Dated: February 16, 2010

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
    ljones@pszjlaw.com
    joneill@pszjlaw.com
    kmakowski@pszjlaw.com

-and-

2

DOCS_DE:157390.1

MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
Matthew S. Barr
Peter K. Newman
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
    mbarr@milbank.com
    pnewman@milbank.com

Counsel for ProtoStar Ltd., *et al.*