IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-12659 (MFW) |
| PROTOSTAR LTD., et al.,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**NOTICE OF AGENDA FOR TELEPHONIC HEARING SCHEDULED FOR APRIL 16, 2010 AT 9:30 A.M. BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT STREET, FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801[2]**

## CONTESTED MATTERS GOING FORWARD:

1. Motion of Philippine Long Distance Telephone Company for a Scheduling Order Governing Certain Claims Objections (Filed 3/17/10) [Docket No. 759].

   Related Documents:

   A. Philippine Long Distance Telephone Company and Mabuhay Satellite Corporations' Motion for an Order Extending the Response Deadline to Certain Claims Objections (Filed 2/1/10) [Docket No. 632].

   B. Philippine Long Distance Telephone Company and Mabuhay Satellite Corporation's Second Motion for an Order Extending the Response Deadline to Certain Claims Objections (Filed 3/12/10) [Docket No. 744].

   C. Notice of Submission of Proofs of Claim in Connection with First Objection to Proofs of Claim Nos. 29, 32, 33, 33, 34, 35 and 37, Filed by Mabuhay Satellite Company (Filed 4/1/10) [Docket No. 799].

---

[1] The ProtoStar entities, along with the last four digits of each of the Debtor's federal tax identification numbers, are as follows: ProtoStar Ltd. (4245); ProtoStar I Ltd. (1042); ProtoStar II Ltd. (1244), ProtoStar Satellite Systems, Inc. (2615), ProtoStar Development Ltd. (none); and ProtoStar Asia Pte. Ltd. (none). The mailing address for the Debtors' is 100 California Street, Suite 700, San Francisco, CA 94111.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

D. Notice of Submission of Proofs of Claim in Connection with First Objection to Proofs of Claim Nos. 30, 31, 36, 38, 39 and 40, Filed by Philippine Long Distance Telephone Company (Filed 4/1/10) [Docket No. 800].

Response Deadline: April 1, 2010 at 4:00 p.m.

Response Received:

A. Protostar's Objection to Philippine Long Distance Telephone Company's Motion for a Scheduling Order Governing Certain Claims Objections (Filed 4/1/10) [Docket No. 801].

Reply:

A. Reply Memorandum of Philippine Long Distance Telephone Company in Further Support of Motion for a Scheduling Order Governing Certain Claims Objections (Filed 4/5/10) [Docket No. 815].

Status: This matter will be going forward.

2. Motion of Philippine Long Distance Telephone Company and Mabuhay Satellite Corporation to: (1) Compel Certain Specific Disclosures; and (2) Overrule Certain of the Debtors' Privilege Assertions; and (3) Adopt PLDT's Proposed Stipulation Relating to Confidentiality and Require Debtors to Reconsider Their All-Inclusive Confidentiality Designations (Filed 4/1/10) [Docket No. 802].

Related Document:

A. Motion of Philippine Long Distance Telephone Company for an Order Authorizing and Directing that the Motion of Philippine Long Distance Telephone Company and Mabuhay Satellite Corporation to: (1) Compel Certain Specific Disclosures; and (2) Overrule Certain of the Debtors' Privilege Assertions; and (3) Adopt PLDT's Proposed Stipulation Relating to Confidentiality and Require Debtors to Reconsider Their All-Inclusive Confidentiality Designations Be Filed Under Seal (Filed 4/1/10) [Docket No. 803].

Response Deadline: April 7, 2010.

Response Received:

A. ProtoStar's Objection to Philippine Long Distance Telephone Company's and Mabuhay Satellite Corporation's Motion to: (1) Compel Certain Specific Disclosures; (2) Overrule Certain of the Debtors' Privilege Assertions; and (3) Adopt PLDT's Proposed Stipulation Relating to Confidentiality and Require Debtors to Reconsider Their All-Inclusive Confidentiality Designations (Filed 4/7/10) [Docket No. 823].

Status: This matter will be going forward.

Dated: April 14, 2010

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Curtis A. Hehn (Bar No. 4264)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
    ljones@pszjlaw.com
    joneill@pszjlaw.com
    chehn@pszjlaw.com
    kmakowski@pszjlaw.com

-and-

MILBANK, TWEED, HADLEY & McCLOY LLP
Matthew S. Barr
Peter K. Newman
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
    mbarr@milbank.com
    pnewman@milbank.com

Counsel for ProtoStar Ltd., *et al.*