IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ) | Case No. 09-12659 (MFW) |
| PROTOSTAR LTD., et al.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | **Related to Docket No. 1262** |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR AUGUST 26, 2010 AT 2:00 P.M. BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT STREET, FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801[3]**

CONTINUED MATTERS:

1.  Amended Motion for Order, Pursuant to 11 U.S.C. §§ 363(b), 503, and 105, Authorizing and Approving Revised ProtoStar I Sale-Related Employee Incentive Plan and Payments Thereunder (Filed 1/19/10) [Docket No. 604].

    Related Document:

    A.  Motion for Order, Pursuant to 11 U.S.C. §§ 363(b) and 105, Authorizing and Approving ProtoStar I Sale-Related Employee Incentive Plan and Payments Thereunder (Filed 10/30/09) [Docket No. 350].

    Response Deadline: February 9, 2010.

    Responses Received:

    A.  Objection of Afro Asian Satellite Communications Mauritius Ltd. to the Debtors' Amended Motion for Order, Pursuant to 11 U.S.C. Sections 363(b) and 105, Authorizing and Approving Protostar I Sale-Related Employee Incentive Plan and Payments Thereunder and Joinder in Objection of the Official Committee of Unsecured Creditors (Filed 2/9/10) [Docket No. 659].

---

[1] The ProtoStar entities, along with the last four digits of each of the Debtor's federal tax identification numbers, are as follows: ProtoStar Ltd. (4245); ProtoStar I Ltd. (1042); ProtoStar II Ltd. (1244), ProtoStar Satellite Systems, Inc. (2615), ProtoStar Development Ltd. (none); and ProtoStar Asia Pte. Ltd. (none). The mailing address for the Debtors' is 100 California Street, Suite 700, San Francisco, CA 94111.

[2] **Amended information is reflected in bold.**

[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

B.  [Sealed] Objection of the Committee to the Debtors' Amended Motion for Order, Pursuant to 11 U.S.C. Sections 363(b), 503 and 105, Authorizing and Approving Revised ProtoStar I Sale-Related Employee Incentive Plan and Payments Thereunder.

C.  Motion to File Objection of the Committee to the Debtors' Amended Motion for Order, Pursuant to 11 U.S.C. Sections 363(b), 503 and 105, Authorizing and Approving Revised ProtoStar I Sale-Related Employee Incentive Plan and Payments Thereunder Under Seal (Filed 2/9/10) [Docket No. 660].

D.  Objection Of Philippine Long Distance Telephone Company to the Amended Motion for Order Authorizing and Approving Revised ProtoStar I Sale-Related Employee Incentive Plan and Payments Thereunder (Filed 2/12/10) [Docket No. 664].

E.  United States Trustee's Objection to the Debtors Motion for Order, Pursuant to 11 U.S.C. §§ 363(b) and 105, Authorizing and Approving Revised Protostar I Sale-Related Employee Incentive Plan and Payments Thereunder (Filed 3/12/10) [Docket No. 745].

Status: This matter is being continued by the consent of the parties.

2.  Motion for Order, Pursuant to 11 U.S.C. Sections 105(a), 105(d) and 1124 and Fed.R.Bankr.P. 3021, in Aid of Confirmation of Chapter 11 Plan of Protostar I Ltd., Approving (i) Initial Administrative, Claim and Supplement Reserve Amounts and (ii) Procedures for Subsequent Adjustments Thereto (Filed 4/16/10) [Docket No. 871].

Related Documents: None.

Response Deadline: April 27, 2010 at 4:00 p.m.

Responses Received:

A.  Objection of the Official Committee Of Unsecured Creditors to Debtors Motion for Order in Aid of Confirmation Of Chapter 11 Plan Of Protostar I Ltd., Approving (i) Initial Administrative, Claim and Supplemental Reserve Amounts and (ii) Procedures for Subsequent Adjustments Thereto (Filed 4/27/10) [Docket No. 893].

B.  Objection of Afro Asian Satellite Communications Mauritius Ltd. to the Debtors' Motion for Order, Pursuant to 11 U.S.C. Sections 105(a), 105(d) and 1142 and Fed. R. Bankr. P. 3021, in Aid of Confirmation of Chapter 11 Plan OF Protostar Ltd., Approving (i) Initial Administrative, Claim and Supplemental Reserve Amounts and (ii) Procedures for Subsequent Adjustments Thereto and Joinder in Objection of the Official Committee of Unsecured Creditors (Filed 4/27/10) [Docket No. 895].

2

C. Objection of Philippine Long Distance Telephone Company to the Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 105(d) and 1124 and Fed. R. Bankr. P. 3021, in Aid of Confirmation of Chapter 11 Plan of Protostar I Ltd., Approving (i) Initial Administrative Claim and Supplemental Reserve Amounts and (ii) Procedures for Subsequent Adjustments Thereto(Filed 4/27/10) [Docket No. 896].

Status: This matter is being continued by the consent of the parties.

3. First Objection to Proofs of Claim Nos. 29, 32, 33, 33, 34, 35 and 37, Filed by Mabuhay Satellite Company (Filed 12/31/09) [Docket No. 563].

Related Documents:

A. Notice of Submission of Proofs of Claim in Connection with First Objection to Proofs of Claim Nos. 29, 32, 33, 33, 34, 35 and 37, Filed by Mabuhay Satellite Company (Filed 5/20/10) [Docket No. 987].

Response Deadline: May 14, 2010.

Response(s) Received:

A. [Sealed] Response of Philippine Long Distance Telephone Company and Mabuhay Satellite Corporation to Debtors' Claim Objections (Filed 5/14/10) [Docket No. 968].

B. [Sealed] Declaration of Christopher H. Young (Filed 5/14/10) [Docket No. 969].

C. Declaration of Kristin Barbra B. Bello (Filed 5/14/10) [Docket No. 970].

Reply:

A. ProtoStar's Reply to Response of Mabuhay Satellite Corporation to ProtoStar's Claim Objections (Filed 5/21/10) [Docket No. 991].

Status: This matter is being continued by the consent of the parties.

4. [Sealed] Motion of Philippine Long Distance Telephone Company and Mabuhay Satellite Corporation to Strike Portions of Debtors Post-Hearing Memorandum or, Alternatively, for Leave to File Reply Memorandum (Filed 7/9/10) [Docket No. 1154].

Related Documents:

A. [Sealed] Declaration of Christopher H. Young (Filed 7/9/10) [Docket No. 1154].

3

B.  Order Authorizing and Directing that (I) The Motion of Philippine Long Distance Telephone Company and Mabuhay Satellite Corporation to Strike Portions of Debtors' Post-Hearing Memorandum or, Alternatively, for Leave to File Reply Memorandum and (II) The Accompanying Declaration of Christopher H. Young be Filed Under Seal (Entered 7/12/10) [Docket No. 1159].

Response Deadline: July 29, 2010 at 4:00 p.m. Extended to August 19, 2010, with respect to the Debtors.

Response(s) Received: None as of the date of this agenda.

Status: This matter is being continued by the consent of the parties.

UNCONTESTED MATTERS WITH
CERTIFICATIONS OF NO OBJECTION:

5. Fourth Motion for Order, Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9006, Extending Time to File Notices of Removal of Related Proceedings Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 (Filed 7/22/10) [Docket No. 1169].

Related Documents:

A.  Certification of No Objection (Filed 8/23/10) [Docket No. 1260].

Response Deadline: August 19, 2010 at 4:00 p.m.

Response(s) Received:

Status: The Certification of No Objection has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.

6. Third Omnibus Motion for Order Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 (I) Authorizing Rejection of Certain Executory Contracts and (II) Establishing Deadline for Rejection Damages Claims (Filed 8/5/10) [Docket No. 1219].

Related Documents:

A.  Certification of No Objection (Filed 8/23/10) [Docket No. 1261].

Response Deadline: August 19, 2010 at 4:00 p.m.

Response(s) Received:

Status: The Certification of No Objection has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.

CONTESTED MATTERS GOING FORWARD:

7. Motion for Order (I) Approving Disclosure Statement, (II) Establishing Solicitation Procedures, (III) Setting Second Administrative Expense Bar Date and (IV) Scheduling Hearing and Establishing Notice and Objection Procedures With Respect to Confirmation of Joint Chapter 11 Plan of Protostar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 9/30/09) [Docket No. 285].

    Related Documents:

    A. Fifth Amended Disclosure Statement, Pursuant to 11 U.S.C. § 1125, with Respect to Fourth Amended Joint Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 8/19/10) [Docket No. 1248].

    B. Blacklined Version of Fifth Amended Disclosure Statement, Pursuant to 11 U.S.C. § 1125, with Respect to Fourth Amended Joint Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 8/19/10) [Docket No. 1249].

    C. Fifth Amended Joint Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 8/19/10) [Docket No. 1246].

    D. Blacklined Version of Fifth Amended Joint Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 8/19/10) [Docket No. 1247].

    E. Fourth Amended Disclosure Statement, Pursuant to 11 U.S.C. § 1125, with Respect to Fourth Amended Joint Chapter 11 Plan of Protostar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 7/30/10) [Docket No. 1188].

    F. Fourth Amended Joint Chapter 11 Plan of Protostar Ltd. and its Affiliated Debtors and Debtors In Possession (Filed 7/30/10) [Docket No. 1187].

    G. Blacklined Version of Amended Chapter 11 Plan Fourth Amended Joint Chapter 11 Plan of Protostar Ltd. and its Affiliated Debtors and Debtors In Possession (Filed 7/30/10) [Docket No. 1189].

    H. Blacklined Version of Fourth Amended Disclosure Statement, Pursuant to 11 U.S.C. Section 1125, with Respect to Fourth Amended Joint Chapter 11 Plan of Protostar Ltd. and its Affiliated Debtors and Debtors in Possession (Filed 7/30/10) [Docket No. 1190].

I. Order Shortening Time for Notice of Hearing to Consider Motion for Order (1)Approving Disclosure Statement, (II)Establishing Solicitation Procedures, and (III)Scheduling Hearing and Establishing Notice and Objection Procedures with Respect to Confirmation of Fourth Amended Joint Chapter 11 Plan of Protostar Ltd. and Its Affiliated Debtors and Debtors in Possession (Entered 8/3/10) [Docket No. 1195].

J. Notice of Hearing on Disclosure Statement and Objection Deadline (Filed 7/30/10) [Docket No. 1192].

K. Notice of Filing Exhibits to Fourth Amended Disclosure Statement, Pursuant to 11 U.S.C. § 1125, with Respect to Fourth Amended Joint Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession (fled 8/17/10) [Docket No. 1244].

Response Deadline: August 23, 2010 at 4:00 p.m.

Response(s) Received:

A. Objection of Arianespace S.A. to the Proposed Fourth Amended Disclosure Statement for the Debtors' Fourth Amended Joint Plan of Reorganization (Filed 8/23/10) Docket No. 1258].

B. Objection of Kiskadee Communications (Bermuda) Ltd. to Debtors' Fifth Amended Disclosure Statement (Filed 8/23/10) [Docket No. 1259].

C. Informal comments from the United States Trustee.

**Reply:**

**A. Motion for Leave to File Reply in Further Support of ProtoStar's Fifth Amended Disclosure Statement, Pursuant to 11 U.S.C. Section 1125, with Respect to Fifth Amended Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 8/25/10) [Docket No. 1270].**

**B. ProtoStar's Omnibus Reply to Objections to Approval of Fifth Amended Disclosure Statement, Pursuant to 11 U.S.C. Section 1125, with Respect to Fifth Amended Joint Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession [attached as "Exhibit A" to Docket No. 1270].**

Status: This matter will be going forward.

8. Interim Fee Applications

Related Documents:

A. Fee Application Index (Attached hereto as Exhibit A).

Responses Received: Responses are respectively itemized in the Fee Application Index.

Status: This matter will be going forward, only with respect to the Debtors' professionals. This matter is being continued with respect to the Official Committee of Unsecured Creditors' professionals' fee applications.

Dated: **August 25, 2010**

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Curtis A. Hehn/*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Curtis A. Hehn (Bar No. 4264)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
    ljones@pszjlaw.com
    joneill@pszjlaw.com
    chehn@pszjlaw.com
    kmakowski@pszjlaw.com

-and-

MILBANK, TWEED, HADLEY & McCLOY LLP
Matthew S. Barr
Peter K. Newman
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
    mbarr@milbank.com
    pnewman@milbank.com

Counsel for ProtoStar Ltd., *et al.*