# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | ProtoStar Ltd. |
| **Case Number:** | 09-12659-MFW  **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, AUGUST 26, 2010 02:00 PM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matter:*

Disclosure Statement Hearing

**R / M #:**   1,262 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
- Items 1 through 4 - Continued
- Items 5 and 6 - Orders entered under CNOs
- Item 7 - Order due under Certification of Counsel
- Item 8 - Order entered