IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ) | Case No. 09-12659 (MFW) |
| PROTOSTAR LTD., et al.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | |

*Related to Docket Nos: 1248, 1246, 285, 1259, 1277, 1278, 1279 & 1280*

## CERTIFICATION OF COUNSEL REGARDING REVISED PLAN, DISCLOSURE STATEMENT, AND PROPOSED SOLICITATION PROCEDURES ORDER

The undersigned hereby certifies that:

1. On August 26, 2010, the Court held a hearing (the "Hearing") in the bankruptcy cases of the above-captioned debtors and debtors in possession (the "Debtors"). At the Hearing, the Court, considered: (i) the adequacy of the Debtors' disclosure statement [Docket No. 1248] (the "Disclosure Statement"), for the Debtors' joint plan [Docket No. 1246] (the "Plan"), and (ii) the Debtors' solicitation procedures motion [Docket No. 285] (the "Procedures Motion"), and the proposed form of order granting the solicitation procedures motion.

2. During the Hearing, the Debtors described changes that would be made to the Plan and Disclosure Statement, and the Court directed that certain additional changes to the Plan and Disclosure Statement be made in connection with the objection [Docket No. 1259] to

---

[1] The ProtoStar entities, along with the last four digits of each of the Debtor's federal tax identification numbers, are as follows: ProtoStar Ltd. (4245); ProtoStar I Ltd. (1042); ProtoStar II Ltd. (1244), ProtoStar Satellite Systems, Inc. (2615), ProtoStar Development Ltd. (none); and ProtoStar Asia Pte. Ltd. (none). The mailing address for the Debtors' is 100 California Street, Suite 700, San Francisco, CA 94111.

the adequacy of the Disclosure Statement filed by Kiskadee Communications (Bermuda) Ltd. ("Kiskadee").

3. Attached hereto as <u>Exhibit A</u> is a clean copy of the revised Disclosure Statement [Docket No. 1277] (the "Revised Disclosure Statement"). Attached hereto as <u>Exhibit B</u> is a copy of the Revised Disclosure Statement that has been redlined against the Disclosure Statement [Docket No. 1278]. Attached hereto as <u>Exhibit C</u> is a copy of the revised Plan [Docket No. 1279] (the "Revised Plan"). Attached hereto as <u>Exhibit D</u> is a copy of the Revised Plan that has been redlined against the Plan [Docket No. 1280]. The Debtors, their secured lenders, and the Committee have reviewed and approved the form of the revisions to the Revised Disclosure Statement and the Revised Plan.

4. In addition, Kiskadee has also reviewed the form of revisions to the Revised Disclosure Statement and the Revised Plan. Kiskadee does not object to the Debtors' submission of the Revised Disclosure Statement (as circulated to Kiskadee's counsel) to the Court for determination of compliance with the Court's direction given at the August 26, 2010 hearing. However, Kiskadee maintains numerous objections to the confirmation of the underlying plan, including those raised in its objection to the disclosure statement, and reserves all rights, including to object to the plan and confirmation thereof.

5. Attached hereto as <u>Exhibit E</u> is a proposed form of order (the "Order") approving the adequacy of the Revised Disclosure Statement and granting the solicitation procedures motion. Attached hereto as <u>Exhibit F</u> is a blackline of the Order compared to the form of order submitted with the Procedures Motion.

00001-001\DOCS_DE:163123.1

2

6. The Debtors respectfully request that the Court enter the Revised Order as soon as possible, so that the Debtors may immediately commence the solicitation process.

7. Counsel for the parties is available should the Court have any questions or concerns with respect to the foregoing.

Dated: August 27, 2010

PACHULSKI STANG ZIEHL & JONES LLP

/s/ *Kathleen P. Makowski*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Curtis A. Hehn (Bar No. 4264)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
 ljones@pszjlaw.com
 joneill@pszjlaw.com
 chehn@pszjlaw.com
 kmakowski@pszjlaw.com

-and-

MILBANK, TWEED, HADLEY & McCLOY LLP
Matthew S. Barr
Peter K. Newman
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
 mbarr@milbank.com
 pnewman@milbank.com

Counsel for ProtoStar Ltd., *et al.*