IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ) | Case No. 09-12659 (MFW) |
| PROTOSTAR LTD., et al.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | **Related to Docket Nos. 1393, 1407, and 1412** |

**THIRD AMENDED**[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
OCTOBER 6, 2010 AT 9:30 A.M. BEFORE THE HONORABLE MARY F. WALRATH
AT THE UNITED STATES BANKRUPTCY COURT STREET, FOR THE
DISTRICT OF DELAWARE, LOCATED AT 824 MARKET 5TH FLOOR,
COURTROOM NO. 4, WILMINGTON, DELAWARE 19801

CONTINUED MATTERS:

1.  Amended Motion for Order, Pursuant to 11 U.S.C. §§ 363(b), 503, and 105, Authorizing and Approving Revised ProtoStar I Sale-Related Employee Incentive Plan and Payments Thereunder (Filed 1/19/10) [Docket No. 604].

    Related Document:

    A.  Motion for Order, Pursuant to 11 U.S.C. §§ 363(b) and 105, Authorizing and Approving ProtoStar I Sale-Related Employee Incentive Plan and Payments Thereunder (Filed 10/30/09) [Docket No. 350].

    Response Deadline: February 9, 2010.

    Responses Received:

    A.  Objection of Afro Asian Satellite Communications Mauritius Ltd. to the Debtors' Amended Motion for Order, Pursuant to 11 U.S.C. Sections 363(b) and 105, Authorizing and Approving Protostar I Sale-Related Employee Incentive Plan and Payments Thereunder and Joinder in Objection of the Official Committee of Unsecured Creditors (Filed 2/9/10) [Docket No. 659].

---

[1] The ProtoStar entities, along with the last four digits of each of the Debtor's federal tax identification numbers, are as follows: ProtoStar Ltd. (4245); ProtoStar I Ltd. (1042); ProtoStar II Ltd. (1244), ProtoStar Satellite Systems, Inc. (2615), ProtoStar Development Ltd. (none); and ProtoStar Asia Pte. Ltd. (none). The mailing address for the Debtors' is 100 California Street, Suite 700, San Francisco, CA 94111.

[2] **Amended information is reflected in bold.**

B.  [Sealed] Objection of the Committee to the Debtors' Amended Motion for Order, Pursuant to 11 U.S.C. Sections 363(b), 503 and 105, Authorizing and Approving Revised ProtoStar I Sale-Related Employee Incentive Plan and Payments Thereunder.

C.  Motion to File Objection of the Committee to the Debtors' Amended Motion for Order, Pursuant to 11 U.S.C. Sections 363(b), 503 and 105, Authorizing and Approving Revised ProtoStar I Sale-Related Employee Incentive Plan and Payments Thereunder Under Seal (Filed 2/9/10) [Docket No. 660].

D.  Objection Of Philippine Long Distance Telephone Company to the Amended Motion for Order Authorizing and Approving Revised ProtoStar I Sale-Related Employee Incentive Plan and Payments Thereunder (Filed 2/12/10) [Docket No. 664].

E.  United States Trustee's Objection to the Debtors Motion for Order, Pursuant to 11 U.S.C. §§ 363(b) and 105, Authorizing and Approving Revised Protostar I Sale-Related Employee Incentive Plan and Payments Thereunder (Filed 3/12/10) [Docket No. 745].

Status: By the consent of the parties, this matter is being continued to a date to be determined, if necessary.

2.  Motion for Order, Pursuant to 11 U.S.C. Sections 105(a), 105(d) and 1124 and Fed.R.Bankr.P. 3021, in Aid of Confirmation of Chapter 11 Plan of Protostar I Ltd., Approving (i) Initial Administrative, Claim and Supplement Reserve Amounts and (ii) Procedures for Subsequent Adjustments Thereto (Filed 4/16/10) [Docket No. 871].

Related Documents: None.

Response Deadline: April 27, 2010 at 4:00 p.m.

Responses Received:

A.  Objection of the Official Committee Of Unsecured Creditors to Debtors Motion for Order in Aid of Confirmation Of Chapter 11 Plan Of Protostar I Ltd., Approving (i) Initial Administrative, Claim and Supplemental Reserve Amounts and (ii) Procedures for Subsequent Adjustments Thereto (Filed 4/27/10) [Docket No. 893].

B.  Objection of Afro Asian Satellite Communications Mauritius Ltd. to the Debtors' Motion for Order, Pursuant to 11 U.S.C. Sections 105(a), 105(d) and 1142 and Fed. R. Bankr. P. 3021, in Aid of Confirmation of Chapter 11 Plan OF Protostar Ltd., Approving (i) Initial Administrative, Claim and Supplemental Reserve Amounts and (ii) Procedures for Subsequent Adjustments Thereto and Joinder in Objection of the Official Committee of Unsecured Creditors (Filed 4/27/10) [Docket No. 895].

C.  Objection of Philippine Long Distance Telephone Company to the Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 105(d) and 1124 and Fed. R. Bankr. P. 3021, in Aid of Confirmation of Chapter 11 Plan of Protostar I Ltd., Approving (i) Initial Administrative Claim and Supplemental Reserve Amounts and (ii) Procedures for Subsequent Adjustments Thereto(Filed 4/27/10) [Docket No. 896].

Status: This matter is being continued by the consent of the parties.

3. First Objection to Proofs of Claim Nos. 29, 32, 33, 33, 34, 35 and 37, Filed by Mabuhay Satellite Company (Filed 12/31/09) [Docket No. 563].

Related Documents:

A.  Notice of Submission of Proofs of Claim in Connection with First Objection to Proofs of Claim Nos. 29, 32, 33, 33, 34, 35 and 37, Filed by Mabuhay Satellite Company (Filed 5/20/10) [Docket No. 987].

Response Deadline: May 14, 2010.

Response(s) Received:

A.  [Sealed] Response of Philippine Long Distance Telephone Company and Mabuhay Satellite Corporation to Debtors' Claim Objections (Filed 5/14/10) [Docket No. 968].

B.  [Sealed] Declaration of Christopher H. Young (Filed 5/14/10) [Docket No. 969].

C.  Declaration of Kristin Barbra B. Bello (Filed 5/14/10) [Docket No. 970].

Reply:

A.  ProtoStar's Reply to Response of Mabuhay Satellite Corporation to ProtoStar's Claim Objections (Filed 5/21/10) [Docket No. 991].

Status: By the consent of the parties, this matter is being continued to a date to be determined, if necessary.

4. [Sealed] Motion of Philippine Long Distance Telephone Company and Mabuhay Satellite Corporation to Strike Portions of Debtors Post-Hearing Memorandum or, Alternatively, for Leave to File Reply Memorandum (Filed 7/9/10) [Docket No. 1154].

Related Documents:

A.  [Sealed] Declaration of Christopher H. Young (Filed 7/9/10) [Docket No. 1154].

B.  Order Authorizing and Directing that (I) The Motion of Philippine Long Distance Telephone Company and Mabuhay Satellite Corporation to Strike Portions of Debtors' Post-Hearing Memorandum or, Alternatively, for Leave to File Reply Memorandum and (II) The Accompanying Declaration of Christopher H. Young be Filed Under Seal (Entered 7/12/10) [Docket No. 1159].

Response Deadline: July 29, 2010 at 4:00 p.m. Extended to August 19, 2010, with respect to the Debtors.

Response(s) Received: None as of the date of this agenda.

Status: By the consent of the parties, this matter is being continued to a date to be determined, if necessary.

UNCONTESTED MATTERS WITH
CERTIFICATIONS OF NO OBJECTION:

5. Motion for Order, Pursuant to 11 U.S.C. Section 105(a) and Fed.R.Bankr.P. 9019, Approving Stipulation Regarding Claims of Charles P. Sweeney and Axxis Financial Group, LLP (Filed 9/15/10) [Docket No. 1327].

Related Documents:

A.  Certification of No Objection (Filed 10/1/10) [Docket No. 1379].

Response Deadline: September 29, 2010 at 4:00 p.m.

Response(s) Received: None.

Status: The Certification of No Objection has been filed and submitted to chambers together with the proposed form of order. This matter will not be going forward unless otherwise directed by the Court.

6. Motion for Order, Pursuant to 11 U.S.C. Section 105(a) and Fed.R.Bankr.P. 9019, Approving Stipulation Regarding Claim of AON Risk Services (Filed 9/16/10) [Docket No. 1329].

Related Documents:

A.  Order Pursuant to Fed.R.Bankr.P. 9006(e) and Del.L.R. 9006-1(e) Shortening Time for Notice of Hearing to Consider Motion for Order Approving Stipulation Regarding Claims of AON Risk Services (Entered 9/17/10) [Docket No. 1332].

B.  Notice of Motion for Order. Pursuant to 11 U.S.C.§ 105(a) and Fed.R.Bankr.P. 9019, Approving Stipulation Regarding Claim of AON Risk Services (Filed 9/20/10) [Docket No. 1336].

4

C.  Notice of Executed Stipulation (Filed 10/1/10) [Docket No. 1383].

D.  Certification of No Objection (Filed 10/4/10) [Docket No. 1403].

Response Deadline: September 30, 2010 at 4:00 p.m.

Response(s) Received: None.

Status: The Certification of No Objection will be filed and submitted to chambers after 4:00 p.m. on October 4, 2010, pursuant to Del.L.R. 9013-1(j). This matter will not be going forward unless otherwise directed by the Court.

CONTESTED MATTERS GOING FORWARD:

7. [Revised] Fifth Amended Joint Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 8/27/10) [Docket No. 1279].

Related Documents:

A.  Blacklined Version of [Revised] Fifth Amended Joint Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 8/27/10) [Docket No. 1278].

B.  [Revised] Fifth Amended Disclosure Statement, Pursuant to 11 U.S.C. § 1125, with Respect to Fourth Amended Joint Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 8/27/10) [Docket No. 1277].

C.  Blacklined Version of [Revised] Fifth Amended Disclosure Statement, Pursuant to 11 U.S.C. § 1125, with Respect to Fourth Amended Joint Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 8/27/10) [Docket No. 1280].

D.  Notice of Filing Exhibits 4, 5, 6 and 7 to [Revised] Fifth Amended Disclosure Statement, Pursuant to 11 U.S.C. Section 1125, with Respect to [Revised] Fifth Amended Joint Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 8/30/10) [Docket No. 1283].

E.  Notice of Filing Blackline Exhibits 4 and 5 to [Revised] Fifth Amended Disclosure Statement, Pursuant to 11 U.S.C. Section 1125, with Respect to [Revised] Fifth Amended Joint Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 8/30/10) [Docket No. 1284].

F.  Order (I)Approving Disclosure Statement, (II)Establishing Solicitation Procedures, (III)Setting Second Administrative Expense Bar Date and (IV)Scheduling Hearing and Establishing Notice and Objection Procedures with Respect to Confirmation of Joint Chapter 11 Plan of Protostar Ltd. and Its Affiliated Debtors and Debtors in Possession (Entered 8/31/10) [Docket No. 1290].

G.  Notice of Entry of Order (I) Approving Disclosure Statement, (II) Establishing Solicitation Procedures and (III) Scheduling Hearing and Establishing Notice, and Objection Procedures In Respect of Confirmation of Chapter 11 Plan (Filed 8/31/10) [Docket No. 1294].

H.  Notice of Filing Supplement to Fifth Amended Joint Chapter 11 Plan of Protostar, Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 9/20/10) [Docket No. 1338].

I.  Affidavit of Jade P. Hwa with Respect to the Tabulation of Votes with Respect to the Fifth Amended Joint Chapter 11 Plan of Protostar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 10/4/10) [Docket No. 1386].

J.  Declaration of Cynthia M. Pelini in Support of Confirmation of Fifth Amended Joint Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 10/4/10) [Docket No. 1396].

K.  Notice of Submission of Proposed Order Confirming the Fifth Amended Joint Chapter 11 Plan of Protostar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 10/5/10) [Docket No. 1406].

L.  Amended Affidavit of Jade P. Hwa with Respect to the Tabulation of Votes with Respect to the Fifth Amended Joint Chapter 11 Plan of Protostar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 10/5/10) [Docket No. 1411].

Voting Deadline:    September 27, 2010 at 4:00 p.m. (prevailing Pacific time).

Response Deadline: September 28, 2010 at 4:00 p.m.

Response(s) Received:

A.  Objection of ACE American Insurance Company to [Revised] Fifth Amended Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 9/28/10) [Docket No. 1366].

B.  Objection of Kiskadee Communications (Bermuda) Ltd. to Confirmation of Debtors' [Revised] Fifth Amended Plan of Reorganization (Filed 9/28/10) [Docket No. 1367].

Replies:

A. Statement of Philippine Long Distance Telephone Company With Respect to the Objection of Kiskadee Communications (Bermuda) Ltd. to Confirmation of Debtors' Fifth Amended Plan of Reorganization (Filed 10/1/10) [Docket No. 1382].

B. Memorandum of Law in Support of, and Response to Objections to, Confirmation of Fifth Amended Joint Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 10/4/10) [Docket No. 1391].

C. Response of the Official Committee of Unsecured Creditors to Objection Of Kiskadee Communications (Bermuda) Ltd. to Confirmation of Debtors Fifth Amended Plan of Reorganization (Filed 10/4/10) [Docket No. 1395].

D. Amended Memorandum of Law in Support of, and Response to Objections to, Confirmation of Fifth Amended Joint Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 10/4/10) [Docket No. 1398]. (Amended to include Table of Authorities)

E. Response of Afro Asian Satellite Communications Mauritius Ltd. to Objection of Kiskadee Communications (Bermuda) Ltd. to Confirmation of Debtors' Fifth Amended Plan of Reorganization (Filed 10/4/10) [Docket No. 1400].

F. Statement of the CS Facility Lenders in Support of Confirmation of the Debtors' Fifth Amended Plan of Reorganization (Filed 10/5/10) [Docket No. 1410].

G. **Statement of PS I Secured Lenders in Support of Confirmation of Fifth Amended Joint Chapter 11 Plan of ProtoStar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 10/5/10) [Docket No. 1413].**

Status: This matter will be going forward.

8. Protostar's Second Omnibus Objection (Non-Substantive) to New Claims Asserted Against Protostar Ltd., Protostar I Ltd. and Protostar Satellite Systems, Inc. in Late Filed Proof of Claim No. 65 of Kiskadee Communications (Bermuda) Ltd. (Filed 10/1/10) [Docket No. 1380].

Related Documents:

A. Motion for Order Pursuant to Fed.R.Bankr.P. 9006(c) and Del.L.R. 9006-1(e) Shortening Time for Notice of Hearing to Consider ProtoStar's Second Omnibus Objection (Non-Substantive) to New Claims Asserted Against ProtoStar Ltd., ProtoStar I Ltd. and ProtoStar Satellite Systems, Inc. in Late Filed Proof of Claim No. 65 of Kiskadee Communications (Bermuda) Ltd. (Filed 10/1/10) [Docket No. 1381].

7

B.  Objection of Kiskadee Communications (Bermuda) Ltd. to Debtors Motion for Order Pursuant to Fed R. Bankr. P. 9006(c) and Del. L.R. 9006-1(e) Shortening Time for Notice of Hearing to Consider Protostar's Second Omnibus Objection (Non-Substantive) to [Amended] Claims Asserted Against Protostar Ltd., Protostar I Ltd. and Protostar Satellite Systems, Inc. in [Amended] Proof of Claim No. 65 of Kiskadee Communications (Bermuda) Ltd. (Filed 10/4/10) [Docket No. 1385].

C.  Joinder of Afro Asian Satellite Communications Mauritius Ltd. in Protostar's Second Omnibus Objection (Non-Substantive) to New Claims Asserted Against Protostar Ltd., Protostar I Ltd. and Protostar Satellite Systems, Inc. in Late Filed Proof of Claim No. 65 of Kiskadee Communications (Bermuda) Ltd. (Filed 10/4/10) [Docket No. 1387].

D.  Joinder of Afro Asian Satellite Communications Mauritius Ltd. in Motion for Order Pursuant to Fed. R. Bankr. P. 9006(c) and Del. L.R. 9006-1(e) Shortening Time for Notice and Hearing to Consider Protostar's Second Omnibus Objection (Non-Substantive) to New Claims Asserted Against Protostar Ltd., Protostar I Ltd. and Protostar Satellite Systems, Inc. in Late Filed Proof of Claim No. 65 of Kiskadee Communications (Bermuda) Ltd. (Filed 10/4/10) [Docket No. 1388].

E.  Order Shortening Time for Notice of Hearing to Consider Protostar's Second Omnibus Objection (Non-Substantive) to New Claims Asserted Against Protostar LTD., Protostar I LTD. and Protostar Satellite Systems, Inc. in Late Filed Proof of Claim No. 65 of Kiskadee Communications (Bermuda) Ltd. (Entered 10/4/10) [Docket No. 1389].

F.  Joinder of the Official Committee of Unsecured Creditors in Protostars Second Omnibus Objection (Non-Substantive) to New Claims Asserted Against Protostar Ltd., Protostar I Ltd. and Protostar Satellite Systems, Inc. in the Late Filed Proof of Claim of Kiskadee Communications (Bermuda) Ltd. (Filed 10/4/10) [Docket No. 1390].

G.  Notice of Protostar's Second Omnibus Objection (Non-Substantive) to New Claims Asserted Against Protostar Ltd., Protostar I Ltd. and Protostar Satellite Systems, Inc. in Late Filed Proof of Claim No. 65 of Kiskadee Communications (Filed 10/4/10) [Docket No. 1404].

Response Deadline: October 5, 2010 at 12:00 Noon.

Response(s) Received:

A.  Response of Kiskadee Communications (Bermuda) Ltd. to Debtors Second Omnibus Objection (Non-Substantive) to Claims Asserted Against Protostar Ltd., Protostar I Ltd. and Protostar Satellite Systems, Inc. in Proof of Claim No. 65 of Kiskadee Communications (Bermuda) Ltd. (Filed 10/5/10) [Docket No. 1408].

8

DOCS_DE:164058.3

Status: This matter will be going forward.

ADDITIONAL MATTER:

9. Motion of Protostar for Leave to Exceed the Page Limit for ProtoStar's Memorandum of Law (Filed 10/4/10) [Docket No. 1401].

   Related Documents:

   A. Motion for Order Pursuant to Fed R. Bankr. P. 9006(c) and Del. L.R. 9006-1(e) Shortening Time for Notice of Hearing to Consider Protostar's Motion for Leave to Exceed the Page Limit for Protostar's Amended Memorandum of Law in Support of, and Response to Objections to, Confirmation of Fifth Amended Joint Chapter 11 Plan of Protostar Ltd. and Its Affiliated Debtors and Debtors in Possession (Filed 10/4/10) [Docket No. 1402].

   [Proposed] Response Deadline: October 5, 2010 at 12:00 Noon.

   Response(s) Received: None as of the date of this agenda.

   Status: This matter will be going forward.

Dated: October 5, 2010

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Curtis A. Hehn (Bar No. 4264)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
    ljones@pszjlaw.com
    joneill@pszjlaw.com
    chehn@pszjlaw.com
    kmakowski@pszjlaw.com

-and-

MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
Matthew S. Barr
Peter K. Newman
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
    mbarr@milbank.com
    pnewman@milbank.com

Counsel for ProtoStar Ltd., *et al.*