# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | ProtoStar Ltd. |
| **Case Number:** | 09-12659-MFW  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 06, 2010 09:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## Matters:

1) SPECIAL HEARING on Claim Objection
   **R / M #:** 1,416 / 0

2) Confirmation
   **R / M #:** 0 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
  Items 1 through 4 - Continued
  Items 5 and 6 - Orders entered under CNOs
  Items 7 and 8 - Order due under Certification of Counsel